UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-01369 |
| CITY OF LEBANON, TENNESSEE, | ) ) ) |
| Defendant. | ) ) |

### ORDER

For good cause shown, the parties' Renewed Joint Motion to Stay Pending Mediation (Doc. No. 30) is **GRANTED**, and this case is **STAYED** for ninety (90) days until **May 8, 2025**. On **March 24, 2025**, the parties shall file a joint status report regarding their efforts to resolve the case, including (1) the name of their agreed mediator and (2) the date(s) they will engage in mediation. On **May 2, 2025**, or within five days of the conclusion of mediation (whichever is sooner), the parties shall file another joint status report regarding their efforts to resolve the case and whether mediation was successful.

The Court notes that if mediation is unsuccessful, this 90-day stay will not serve as good cause to continue the January 27, 2026 trial date (see Doc. No. 20).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE