UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TENNESSEE RIVERKEEPER, INC., | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| v. | ) | Case No. 3:23-cv-01369 |
| CITY OF LEBANON, TENNESSEE, | ) | JURY TRIAL DEMANDED |
| Defendant, | ) | |

## SECOND JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's Order staying this case for 90 days (Doc. No. 31), Defendant, City of Lebanon, Tennessee, and Plaintiff, Tennessee Riverkeeper, Inc. (collectively, the "Parties"), jointly submit the following report regarding their good faith efforts to resolve this case:

The Parties have scheduled mediation with Bob Martineau, former Tennessee Department of Environment and Conservation Commissioner, for April 14, 2025. The Parties have reserved April 22, 2025 with Mr. Martineau in case an additional mediation session is needed.

In connection with the Parties' efforts to resolve the case at mediation, on March 12, 2025, the Parties, their environmental consultants, and their counsel conducted a second site visit at the Lebanon Landfill and collected additional samples. The Parties and their environmental consultants are in the process of reviewing and analyzing the samples taken at the March 12 visit to facilitate mediation efforts.

Respectfully submitted,

*/s/ Mark E. Martin (with permission)*
Mark E. Martin
1706 Reid Road
P.O. Box 1486
Oneonta, AL 35121
P: 205.516.9350
mmartin@marketmartin.com

Andrea Taylor McKellar (BPR #19618)
MCKELLAR LAW GROUP, PLLC
117 28th Avenue North
Nashville, TN 37203
P: 615.866.9828
andie@mckellarlawgroup.com

*Attorneys for Plaintiff Tennessee Riverkeeper, Inc.*

*/s/ Caroline D. Spore*
Caroline D. Spore (BPR #036214)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
P: 615.252.3806
cspore@bradley.com
*Attorney for Defendant City of Lebanon, Tennessee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below:

Mark E. Martin
1706 Reid Road
P.O. Box 1486
Oneonta, AL  35121
mmartin@marketmartin.com

Andrea Taylor McKellar
117 28th Avenue North
Nashville, TN  37203
andie@mckellarlawgroup.com

*Attorneys for Plaintiff Tennessee Riverkeeper, Inc.*

                                             */s/ Caroline D. Spore*
                                             Caroline D. Spore