# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-01369** |
| | ) | |
| **CITY OF LEBANON, TENNESSEE,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

## THIRD JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's Order staying this case for 90 days (Doc. No. 31), Defendant, City of Lebanon, Tennessee, and Plaintiff, Tennessee Riverkeeper, Inc. (collectively, the "Parties"), jointly submit the following report regarding their good faith efforts to resolve this case:

The Parties conducted an in-person mediation with Bob Martineau, former Tennessee Department of Environment and Conservation Commissioner, on April 14, 2025. On April 22, 2025, the Parties conducted a virtual follow-up session with Mr. Martineau. Since then, they have continued to communicate with Mr. Martineau about a resolution.

The Parties have reached agreement on almost all material terms. There is one outstanding issue that is pending approval from the City Attorney, who is out of town this week but will be back in the office on May 5. Before the stay expires next week, the Parties will file another notice with the Court advising whether the case has resolved.

Respectfully submitted,

*/s/ Mark E. Martin (with permission)*
Mark E. Martin
1706 Reid Road
P.O. Box 1486
Oneonta, AL  35121
P: 205.516.9350
mmartin@marketmartin.com

Andrea Taylor McKellar (BPR #19618)
MCKELLAR LAW GROUP, PLLC
117 28th Avenue North
Nashville, TN  37203
P: 615.866.9828
andie@mckellarlawgroup.com

*Attorneys for Plaintiff Tennessee Riverkeeper, Inc.*

*/s/ Caroline D. Spore*
Caroline D. Spore (BPR #036214)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN  37203
P: 615.252.3806
cspore@bradley.com
*Attorney for Defendant City of Lebanon, Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below:

Mark E. Martin
1706 Reid Road
P.O. Box 1486
Oneonta, AL  35121
mmartin@marketmartin.com

Andrea Taylor McKellar
117 28th Avenue North
Nashville, TN  37203
andie@mckellarlawgroup.com

*Attorneys for Plaintiff Tennessee Riverkeeper, Inc.*

*/s/ Caroline D. Spore*
Caroline D. Spore