# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## MEDIATION REPORT

**Case No.:** 3:23-cv-01369

**Case Name:** Tenn. Riverkeeper v City of Lebanon

**Mediator Name:** Robert J Martineau, Jr

**Mediator Phone:** 615-491-7901

**E-mail:** bobmartineau1@gmail.com

**Date(s) of Mediation:** 4-/14 - 5/1;  follow up wrap up 5-7-5/13

**Check All That Apply:**

[✔] All required parties participated in the mediation.

[✔] The parties resolved all issues. A notice, stipulation, or proposed order of dismissal will be filed with the court by  The parties are reducing it to writing and will be filing soon with the court.

[ ] The parties resolved some, but not all issues. Please describe resolved and unresolved issues:

[ ] The parties agreed to continue the mediation. Date(s):

[ ] The parties reached an impasse.

**Comments:**
The parties were able to reach and agreement. As the City is a party, a portion of the settlement (atty fees) has to be approved by city council which requires several readings. That process will take a few weeks.

## Reporting Instructions

A. Mediators must file this report within two (2) business days following the mediation. L.R. 16.05(b). A mediation which continues over multiple consecutive days is considered one mediation for reporting purposes. File a separate Report when the mediation is recessed for five (5) business days or more.

B. Mediators must treat all information revealed in mediation as confidential, except for (i) information that is required to be reported by statute, regulation, or rule, or (ii) information the parties agree may be disclosed.

C. Please file this form electronically in CM/ECF using the "Report of Mediation" event (located under "ADR Documents"). Alternatively, please email the Report to the following address: OperationsManager@tnmd.uscourts.gov.