UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., | |
| Plaintiff, | Case No. 3:23-cv-01369 |
| v. | Chief Judge Waverly D. Crenshaw, Jr. |
| | Magistrate Judge Alistair E. Newbern |
| CITY OF LEBANON, TENNESSEE, | |
| Defendant. | |

## **ORDER**

The parties and Mediator Robert Martineau have notified the Court that they have reached a settlement in principle of all claims and request this matter be stayed to conclude the settlement process. (Doc. Nos. 34, 35.) The motion is GRANTED. The parties are ORDERED to make the necessary filings to terminate the action by August 12, 2025.

All outstanding deadlines in this matter are STAYED pending the parties' filing.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge