# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.,**<br><br>PLAINTIFF,<br><br>vs.<br><br>**CITY OF LEBANON, TENNESSEE,**<br><br>DEFENDANT, | **Case No. 3:23-CV-01369** |

## NOTICE OF LODGING OF CONSENT DECREE

Defendant City of Lebanon, Tennessee and Plaintiff Tennessee Riverkeeper, Inc. (collectively, the "Parties") hereby notify the Court that they are lodging the attached proposed Consent Decree filed herewith for the purpose of providing notice of the proposed settlement of this matter to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency ("U.S. E.P.A.") as required by Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3). A copy of the proposed Consent Decree is being sent to the Department of Justice, Citizen Suit Coordinator ("DOJ"), via certified mail, return receipt requested, as required by 40 C.F.R. § 135.5. A copy is also being sent to the Administrator of the U.S. E.P.A. via certified mail, return receipt requested. The attached proposed Consent Decree has been signed by counsel for both parties and will, pursuant to its terms, fully resolve this litigation.

The Parties respectfully request that the Court not sign the proposed Consent Decree at this time. Instead, the Consent Decree should remain lodged until 45 days following receipt by both the Administrator and the Attorney General. The Plaintiff's undersigned attorney will notify the

1

Court of the dates the Administrator and the Attorney General have received notice. At such time, if the Court finds the Consent Decree to be fair, reasonable, and in the public interest, the Parties respectfully request that the Court enter it as expeditiously as possible.

Respectfully submitted,

*/s/ Mark E. Martin*
Mark E. Martin
P.O. Box 1486
Oneonta, AL 35121
P: 205.516.9350
mmartin@marketmartin.com

Andrea Taylor McKellar (BPR #19618)
MCKELLAR LAW GROUP, PLLC
117 28th Avenue North
Nashville, TN 37203
P: 615.866.9828
andie@mckellarlawgroup.com

*Attorneys for Plaintiff Tennessee Riverkeeper, Inc.*

*/s/ Caroline D. Spore*
Caroline D. Spore (BPR #036214)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
P: 615.252.3806
cspore@bradley.com
*Attorneys for Defendant City of Lebanon, Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below:

Caroline D. Spore
1221 Broadway, Suite 2400
Nashville, TN  37203
cspore@bradley.com

*Attorney for Defendant City of Lebanon, Tennessee*

        */s/ Mark E. Martin*
        Mark E. Martin