UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-01369 |
| | ) |
| CITY OF LEBANON, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the Notice of Lodging of Consent Decree (Doc. No. 40), the parties shall provide further notice to the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE